*Seymour Stone* and *Philip Novick* for appellant.

*John Vance Hewitt* and *Henry A. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

In the Matter of the Arbitration between A. M. PERLMAN, INC., Appellant, and RAYCREST MILLS, INC., Respondent.

In the Matter of the Arbitration between RAYCREST MILLS, INC., Respondent, and A. M. PERLMAN, INC., Appellant.

Argued May 18, 1953; decided June 4, 1953.

*Jesse Climenko* and *George Trosk* for A. M. Perlman, Inc., appellant.

*Stanley N. Ohlbaum* for Max M. Hirson, as Referee, appellant.

*Menahem Stim, Roy M. Cohn, Samuel Rubin* and *Joseph D. Stim* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

HOMER L. HOUSEHOLDER, Respondent, *v.* TOWN OF GRAND ISLAND, ERIE COUNTY, Appellant.

Argued May 19, 1953; decided June 4, 1953.